Michael J. McCue
Nevada Bar No. 6055
Meng Zhong
Nevada Bar No. 12145
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8224
E-mail: mmccue@lrrc.com
E-mail: mzhong@lrrc.com

Mark B. Mizrahi (admitted *pro hac vice*)
California Bar No. 179384
Arash Beral (admitted *pro hac vice*)
California Bar No. 245219
Freeman Freeman & Smiley, LLP
1888 Century Park East, Suite 1500
Los Angeles, CA 90067
Telephone: (310) 255-6100
E-mail: mark.mizrahi@ffslaw.com
E-mail: arash.beral@ffslaw.com

*Attorneys for Plaintiff*
*A&A Global Imports, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| A&A GLOBAL IMPORTS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CBJ DISTRIBUTING LLC d/b/a CANNABIZ SUPPLY, a Nevada limited liability company; THC LABEL SOLUTIONS, a California company,<br><br>Defendants. | Case No.: 2:19-cv-02005-GMN-NJK<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE TIME FOR DEFENDANT CBJ DISTRIBUTING LLC d/b/a CANNABIZ SUPPLY TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>**(First request)** |

Plaintiff A&A Global Imports, Inc. ("Plaintiff") served the Complaint in this action on Defendant CBJ Distributing LLC d/b/a Cannabiz Supply ("CBJ") on November 20, 2019. (ECF No. 6.) The deadline for CBJ to answer or otherwise respond is December 11, 2019.

Plaintiff respectfully moves the Court for an order extending the time for CBJ to answer or otherwise respond to the Complaint by three weeks, until January 2, 2020. CBJ

109931808.1

requested this extension because it expressed a desire to cooperate with Plaintiff and to discuss an amicable disposition of the claims, and Plaintiff did not oppose.

Dated: this 11th day of December, 2019.

Respectfully submitted,

Lewis Roca Rothgerber Christie LLP

　/s/　Meng Zhong　　　　　　　　　
Michael J. McCue
Meng Zhong
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169

Mark B. Mizrahi (admitted *pro hac vice*)
California Bar No. 179384
Arash Beral (admitted *pro hac vice*)
California Bar No. 245219
Freeman Freeman & Smiley, LLP
1888 Century Park East, Suite 1500
Los Angeles, CA  90067

*Attorneys for Plaintiff*
*A&A Global Imports, Inc.*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:　December 12, 2019　　　　

- 2 -