Michael J. McCue
Nevada Bar No. 6055
Meng Zhong
Nevada Bar No. 12145
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8224
E-mail: mmccue@lrrc.com
E-mail: mzhong@lrrc.com

Mark B. Mizrahi (admitted *pro hac vice*)
California Bar No. 179384
Arash Beral (admitted *pro hac vice*)
California Bar No. 245219
Freeman Freeman & Smiley, LLP
1888 Century Park East, Suite 1500
Los Angeles, CA 90067
Telephone: (310) 255-6100
E-mail: mark.mizrahi@ffslaw.com
E-mail: arash.beral@ffslaw.com

*Attorneys for Plaintiff*
*A&A Global Imports, Inc.*

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| A&A GLOBAL IMPORTS, INC., a California corporation, | Case No.: 2:19-cv-02005-GMN-NJK |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT CBJ DISTRIBUTING LLC d/b/a CANNABIZ SUPPLY'S TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| CBJ DISTRIBUTING LLC d/b/a CANNABIZ SUPPLY, a Nevada limited liability company; THC LABEL SOLUTIONS, a California company, | **(SECOND REQUEST)** |
| Defendants. | |

This Stipulation to Extend Time to Respond to Complaint is made by and between Plaintiff A&A Global Imports, Inc. ("Plaintiff") and Defendant CBJ Distributing LLC d/b/a Cannabiz Supply ("Defendant") through their respective counsel, in light of the following facts:

///

110282537.1

A.    Plaintiff filed the Complaint ("Complaint") against Defendants on or about November 19, 2019 (ECF No. 1).

B.    Defendant was served with the Complaint on November 20, 2019 (ECF No. 6).

C.    Defendant's current deadline to respond is January 2, 2020 due to the Order granting extension (ECF No. 14).

D.    The parties agreed to extend Defendant's time to respond to the Complaint through February 14, 2020, in order to give Defendant time to investigate Plaintiff's claims and prepare a proper response, and for the parties to discuss a potential resolution of this matter.

E.    There is good cause to grant this stipulation because Defendant's counsel just appeared in the case (ECF No. 16) and requires additional time to investigate Plaintiff's claims and prepare a proper response, and the parties require additional time to consider a resolution of this matter.

F.    Pursuant to Local Rule IA 6-2 and Local Rule 7.1, Plaintiff and Defrendant respectfully request that the Court extend Defendant's time to respond to Plaintiff's Complaint through February 14, 2020.

///
///
///
///
///
///
///
///
///
///

110282537.1

## STIPULATION

NOW, THEREFORE, Plaintiff and Defendant hereby stipulate and agree that Defendant has up to and including February 14, 2020, to file a response to Plaintiff's Complaint.

IT IS SO STIPULATED.

Dated: this 22nd day of January, 2020.

LEWIS ROCA
ROTHGERBER CHRISTIE LLP


/s/ Meng Zhong
Michael J. McCue
Meng Zhong
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

Mark B. Mizrahi (admitted *pro hac vice*)
California Bar No. 179384
Arash Beral (admitted *pro hac vice*)
California Bar No. 245219
Freeman Freeman & Smiley, LLP
1888 Century Park East, Suite 1500
Los Angeles, CA 90067

*Attorneys for Plaintiff*
*A&A Global Imports, Inc*

Dated: this 21st day of January, 2020.

Law Offices of Philip A. Kantor, P.C.


/s/ Philip Kantor
Philip A. Kantor
1781 Village Center Circle, Suite 120
Las Vegas, NV 89134

*Attorneys for Defendant*
*CBJ Distributing LLC d/b/a Cannabiz Supply*

## ORDER

**IT IS SO ORDERED.**


_____
United States Magistrate Judge

DATED  January 23, 2020

110282537.1