Michael J. McCue
Nevada Bar No. 6055
Meng Zhong
Nevada Bar No. 12145
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8224
E-mail: mmccue@lrrc.com
E-mail: mzhong@lrrc.com

Mark B. Mizrahi (admitted *pro hac vice*)
California Bar No. 179384
Arash Beral (admitted *pro hac vice*)
California Bar No. 245219
Freeman Freeman & Smiley, LLP
1888 Century Park East, Suite 1500
Los Angeles, CA 90067
Telephone: (310) 255-6100
E-mail: mark.mizrahi@ffslaw.com
E-mail: arash.beral@ffslaw.com

*Attorneys for Plaintiff*
*A&A Global Imports, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| A&A GLOBAL IMPORTS, INC., a California corporation, | Case No.: 2:19-cv-02005-GMN-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEFENDANT CBJ DISTRIBUTING LLC d/b/a CANNABIZ SUPPLY'S TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| CBJ DISTRIBUTING LLC d/b/a CANNABIZ SUPPLY, a Nevada limited liability company; THC LABEL SOLUTIONS, a California company, | **(FIFTH REQUEST)** |
| Defendants. | |

This Stipulation to Extend Time to Respond to Complaint is made by and between Plaintiff A&A Global Imports, Inc. ("Plaintiff") and Defendant CBJ Distributing LLC d/b/a Cannabiz Supply ("Defendant") through their respective counsel, in light of the following facts:

///

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Lewis Roca
ROTHGERBER CHRISTIE

# RECITALS

A.    Plaintiff filed the Complaint ("Complaint") against Defendants on or about November 19, 2019 (ECF No. 1).

B.    Defendant was served with the Complaint on November 20, 2019 (ECF No. 6).

C.    The parties agreed to extend Defendant's time to respond to the Complaint through April 15, 2020 (ECF Nos. 14, 18, 20 and 22), in order to give Defendant time to investigate Plaintiff's claims and prepare a proper response, and for the parties to discuss a potential resolution of this matter.

D.    There is good cause to grant the extension because the parties are continuing to discuss settlement possibilities. Defendant requested a modest extension in light of Passover, which Plaintiff agreed to.

E.    Accordingly, pursuant to Local Rule IA 6-2 and Local Rule 7.1, Plaintiff and Defendant respectfully request that the Court extend Defendant's time to respond to Plaintiff's Complaint through April 22, 2020.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

- 2 -

## STIPULATION

NOW, THEREFORE, Plaintiff and Defendant hereby stipulate and agree that Defendant has up to and including April 22, 2020, to file a response to Plaintiff's Complaint.

IT IS SO STIPULATED.

Dated: this 13th day of April, 2020.

LEWIS ROCA
ROTHGERBER CHRISTIE LLP


/s/ Meng Zhong
Michael J. McCue
Meng Zhong
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

Mark B. Mizrahi (admitted *pro hac vice*)
California Bar No. 179384
Arash Beral (admitted *pro hac vice*)
California Bar No. 245219
Freeman Freeman & Smiley, LLP
1888 Century Park East, Suite 1500
Los Angeles, CA 90067

*Attorneys for Plaintiff*
*A&A Global Imports, Inc*

Dated: this 13th day of April, 2020.

Law Offices of Philip A. Kantor, P.C.


/s/ Philip Kantor
Philip A. Kantor
1781 Village Center Circle, Suite 120
Las Vegas, NV 89134

*Attorneys for Defendant*
*CBJ Distributing LLC d/b/a Cannabiz Supply*

## ORDER

**IT IS SO ORDERED.**


United States Magistrate Judge

DATED
April 14, 2020

- 3 -

110972316.1